**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2840

---

In re: Paul Berry, III

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01419-JAR)

---

**JUDGMENT**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

The Verified Petition for Writ of Prohibition and Writ of Mandamus is denied. The Motion to Shorten Time to Review and the Motion to Suspend Rule 21 are denied as moot.

Mandate shall issue forthwith.

September 15, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler