**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 05, 2026

Paul Berry III
1200 Big Bend Boulevard
Saint Louis, MO 63117

RE: 26-2948 Paul Berry, III v. Denny Hoskins, et al

Dear Paul:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Missouri
Kathleen T. Hunker
Madeline Sparks Lansdell

District Court/Agency Case Number(s): 4:26-cv-01419-JAR

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2948

---

Paul Berry, III

Plaintiff - Appellant

v.

Denny L. Hoskins, in his official capacity as Missouri Secretary of State; State of Missouri

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01419-JAR)

---

**JUDGMENT**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction. The district court is directed to transmit the Notice of Appeal to the United States Supreme Court. Appellant's emergency motion to show cause is denied.

October 05, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler